UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JAMES  FARMER,                                    )
                                                  )
                       Plaintiff,                 )
                                                  )
            vs.                                   )        1:14-cv-01584-SEB-DKL
                                                  )
CAROLYN  COLVIN Acting Commissioner               )
of the Social Security Administration,            )
                                                  )
                       Defendant.                 )


**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her Report and Recommendation on Plaintiff's

Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and

the rules of this Court to file objections; none were filed. The Court, having considered the

Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report

and Recommendation.


Date: 2/29/2016

_SARAH EVANS BARKER, JUDGE_
United States District Court
Southern District of Indiana


Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system